UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.M. and I.M., individually and on behalf of A.M.,
a minor,

                                    Plaintiffs,

                    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  01/04/2024

23 Civ. 9766 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 15, 2023, the Court ordered the parties to file a joint letter and jointly proposed case management plan by January 2, 2024.  ECF No. 4.  Those submissions are now overdue.  Plaintiffs have not filed proof of service, and Defendant has not appeared in this action.  Accordingly, by **February 2, 2024**, the parties shall file a joint letter and jointly proposed case management plan, or Plaintiffs shall state their intentions as to the prosecution of this action.

SO ORDERED.

Dated: January 4, 2024
       New York, New York

ANALISA TORRES
United States District Judge