UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.M. and I.M., individually and on behalf of A.M., a minor,

                    Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/06/2024
```

23 Civ. 9766 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 15, 2023, the Court ordered the parties to file a joint letter and jointly proposed case management plan by January 2, 2024. ECF No. 4. Having received no submissions, the Court ordered the parties to file the joint letter and proposed case management plan by February 2, 2024. ECF No. 6. Those submissions are again overdue. Defendant has not yet appeared in this action. Accordingly, by **February 29, 2024**, the parties shall file a joint letter and jointly proposed case management plan, or Plaintiffs shall state their intentions as to the prosecution of this action. Plaintiff is advised that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute.

      SO ORDERED.

Dated: February 6, 2024
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge